## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOSE D. IRAHETA, | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:22cv1411 |
| | § | |
| CENTRAL LOAN ADMINISTRATION AND | § | |
| REPORTING D/B/A CENLAR FSD, ET AL., | § | |
| *Defendants.* | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S
### MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation and Order dated April 25, 2023, (Dkt. 115) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation and Order should be adopted by this court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum, Orders, and Recommendation is hereby **ADOPTED** by this court.

It is further **ORDERED** that Defendant Safeguard Properties Management, LLC's, Jody R. Lovell's, and Rano, LLC's Motion to Enforce Settlement Agreement and Release (Dkt. 92) is **GRANTED**. Upon certification from Defendants Safeguard Properties Management, LLC, Jody R. Lovell, and Rano, LLC that $15,000 has been tendered to Plaintiff in full settlement of his claims against them in this case, the court will enter an order dismissing with prejudice Plaintiff's claims against Safeguard, Lovell, and Rano.

**SIGNED** at Houston, Texas this _11-th_ day of May, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE